**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 14-7652**

———————————

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

        v.

REGINALD DARWIN MORTON, a/k/a Jay, a/k/a Boogie, a/k/a
Jason, a/k/a Novacaine,

                    Defendant - Appellant.

———————————

Appeal from the United States District Court for the Western
District of Virginia, at Abingdon.   James P. Jones, District
Judge.  (1:08-cr-00024-JPJ-PMS-14)

———————————

Submitted:  January 15, 2015          Decided:  January 21, 2015

———————————

Before WILKINSON and NIEMEYER, Circuit Judges, and DAVIS, Senior
Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Reginald Darwin Morton, Appellant Pro Se. Jennifer R. Bockhorst,
Zachary T. Lee, Assistant United States Attorneys, Mary Kathleen
Carnell, OFFICE OF THE UNITED STATES ATTORNEY, Abingdon,
Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reginald Darwin Morton appeals the district court's order denying his Fed. R. Crim. P. 33 motion for a new trial and motion for recusal of the district court judge. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Morton</u>, No. 1:08-cr-00024-JPJ-PMS-14 (W.D. Va. Oct. 24, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>